UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-25-583-R |
| ) | |
| WESTERN FLYER EXPRESS LLC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's Amended Complaint. The Amended Complaint is stricken for failure to comply with the order dated September 17, 2025, [Doc. No. 11] and LCvR 15.1. Additionally, Plaintiff's counsel has failed to comply with various Local Rules of this Court. Plaintiff is represented by Hillary Schwab and Brook S. Lane, both of whom appear to live and practice in Massachusetts [*See* Doc. No. 12 at p. 32]. The Local Rules require a non-resident attorney who does not maintain an office in Oklahoma to associate with local counsel. LCvR 83.3(a). To date, non-resident counsel has not associated with local counsel. The Local Rules also require local counsel to file motions for non-resident counsel to appear *pro hac vice*. LCvR 83.3(b). Non-resident counselor Hillary Schwab filed Plaintiff's Motion for Leave for Attorney Brook S. Lane to Appear Pro Hac Vice, in violation of Rule 83.3(b) [Doc. No. 13]. Furthermore, Plaintiff's attorneys have failed to file entries of appearance in this matter according to LCvR 83.4.

Plaintiff has fourteen days from the date of this Order to (1) seek leave to file an Amended Complaint and (2) to comply with the aforementioned Local Rules or to seek

1

relief from Rule 83 in accordance with LCvR 83.3(c). Defendant's Motion to Strike Plaintiff's First Amended Complaint and Motion to Set Deadline to Answer or Otherwise Plead are DENIED as moot [Doc. Nos. 14 & 15]. If Plaintiff files a motion for leave to file an amended complaint, the usual deadlines for opposing motions and filing reply briefs under LCvR 7.1(g) and (h) will apply. Finally, Plaintiff's Motion for Leave for Attorney Brook S. Lane to Appear Pro Hac Vice [Doc. No. 13] is DENIED without prejudice for resubmission in accordance with the Local Rules within fourteen days from the date of this Order.

      IT IS SO ORDERED this 16th day of October, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE